**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Luis Gilberto BENITEZ, also known as Douglas, Defendant–Appellant.**

No. 12–50678
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 3, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

David Kenneth Sergi, David K. Sergi & Associates, P.C., San Marcos, TX, for Defendant–Appellant.

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Luis Benitez has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Benitez has not filed a response. Having reviewed counsel's briefs and the relevant portions of the record reflected therein, we concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.